# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **RICHARD MAHANEY and SUZI MAHANEY** | ) ) ) | **CIVIL ACTION NO. 5:15-cv-02710** |
| **VERSUS** | ) ) | **JUDGE FOOTE** |
| **UNITED STATES OF AMERICA** | ) | **MAGISTRATE JUDGE HAYES** |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the defendant, the United States of America, through counsel, and moves for summary judgment in its favor pursuant to Fed.R.Civ.P. 56.

There are no genuine issues of material fact as to certain elements of this case for which plaintiffs bear the burden of proof. Therefore, defendant is entitled to summary judgment as a matter of law.

In support of this motion, defendant submits the attached Memorandum in Support and Exhibits, which are filed herewith and incorporated herein by reference.

                                                                                 Respectfully submitted,

                                                                                 STEPHANIE A. FINLEY
                                                                                 UNITED STATES ATTORNEY

BY:   *s /Andolyn R. Johnson*
           ANDOLYN R. JOHNSON (#ky95189)
           Assistant United States Attorney
           300 Fannin Street, Suite 3201
           Shreveport, Louisiana 71101-3068
           Telephone:   (318) 676-3610
           Facsimile:    (318) 676-3642
           Email:        andolyn.johnson@usdoj.gov

JENNIFER B. FREDERICK (#23633)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618
Facsimile: (337) 262-6693
Email: jennifer.frederick@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 16, 2016 a copy of the above and foregoing *Motion, Memorandum, and Exhibits* were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/ Andolyn R. Johnson*
ANDOLYN R. JOHNSON
Assistant United States Attorney