UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **RICHARD MAHANEY and SUZI MAHANEY** | ) ) ) | **CIVIL ACTION NO. 5:15-cv-02710** |
| **VERSUS** | ) ) | **JUDGE FOOTE** |
| **UNITED STATES OF AMERICA** | ) | **MAGISTRATE JUDGE HAYES** |

**STATEMENT OF UNDISPUTED FACTS**

Now comes the defendant, the United States of America, through counsel, and pursuant to Local Rule 56.1, offers the following statement of material facts as to which there is no genuine issue to be tried:

1. Plaintiffs allege medical malpractice against the United States for complications during an anterior cervical discectomy and fusion (ACDF) surgery at the Overton Brooks VA Medical Center (VAMC).

2. Richard Mahaney underwent an ACDF procedure on May 13, 2011, performed by neurosurgeon Dr. Donald Smith. Dr. Smith was assisted by neurosurgery resident Dr. Justin Haydel.

3. In May of 2011, Dr. Smith was an independent contractor, operating at the VAMC pursuant to a contract with LSU. He was not an employee of the VAMC.

4. In May of 2011, Dr. Haydel was in his third year of a seven-year neurosurgery residency at Louisiana State University Health Sciences Center School of Medicine (LSU). Dr. Haydel was assigned to the VAMC as part of his residency training pursuant to a contract between LSU and the VAMC.

5. Dr. Smith was responsible for supervising Dr. Haydel at the VAMC.

6. Dr. Smith determined that Mr. Mahaney needed an ACDF procedure.

7. Dr. Smith made all decisions regarding the surgical plan, method, technique, and instrumentation for Mr. Mahaney's ACDF procedure.

8. Dr. Smith trained Dr. Haydel to perform ACDF procedures in accordance with Dr. Smith's surgical preferences.

9. As a resident, Dr. Haydel had no independent decision-making power to alter or deviate from Dr. Smith's surgical methodologies.

10. During Mr. Mahaney's ACDF procedure, Dr. Smith left the operating room for approximately one hour and fifteen minutes, leaving Dr. Haydel to perform the initial portion of the procedure unsupervised.

11. Dr. Haydel technically executed the initial portion of the procedure on Mr. Mahaney as he was trained to do by Dr. Smith. He did not deviate in any way from Dr. Smith's surgical method and technique. Dr. Haydel testified, "I did every step as I was taught. . . I wouldn't have done it any different had it been my mom or my brother on the table."

12. Part of Dr. Smith's protocol was to use a Cloward drill to remove disc and bone material during ACDF procedures. He always set the drill stop to 14 millimeters. Dr. Haydel complied with these requirements.

13. The operative plan for Mr. Mahaney's ACDF procedure was a product of Dr. Smith's independent medical judgment. As a resident under Dr. Smith's supervision, Dr. Haydel was required to comply with Dr. Smith's judgment, and did so in Mr. Mahaney's case.

14. There is nothing Dr. Haydel could have done differently during the procedure to change the outcome, without disobeying his supervisor's instructions.

                Respectfully submitted,

                STEPHANIE A. FINLEY
                UNITED STATES ATTORNEY

BY:    *s /Andolyn R. Johnson*
        ANDOLYN R. JOHNSON (#ky95189)
        Assistant United States Attorney
        300 Fannin Street, Suite 3201
        Shreveport, Louisiana 71101-3068
        Telephone:   (318) 676-3610
        Facsimile:    (318) 676-3642
        Email:         andolyn.johnson@usdoj.gov

        JENNIFER B. FREDERICK (#23633)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, LA 70501
        Telephone:   (337) 262-6618
        Facsimile:    (337) 262-6693
        Email:         jennifer.frederick@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 16, 2016 a copy of the above and foregoing *Statement* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/ Andolyn R. Johnson*
ANDOLYN R. JOHNSON
Assistant United States Attorney