# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| Richard Mahaney and | § | Civil Action No.  5:15-Cv-02710 |
| Suzi Mahaney | § | |
| | § | |
| v. | § | Judge Foote |
| | § | |
| United States of America | § | Magistrate Judge Hayes |

## STATEMENT OF DISPUTED AND UNDISPUTED MATERIAL FACTS

Plaintiffs Richard Mahaney and Suzi Mahaney, pursuant to Local Rule 56.2, present this statement of the material facts as to which there exists a material issued to be tried:

1.     Richard Mahaney underwent a C5-7 cervical discectomy and fusion (ACDF) surgery on May 13, 2011. An instrument called a Cloward drill was used in the surgery to drill out the disc space after dissection of disc material.  The relevant portions of the ACDF surgery, including the dissection of disc material and the use of the Cloward drill, were performed by Dr. Justin Haydel, a third year neurosurgery resident.  (Contesting Statement of Undisputed Facts #2.)

2.     It is undisputed that Dr. Donald Smith, a staff neurosurgeon, was generally responsible for supervising Dr. Haydel.  It is also undisputed that at the time of Mr. Mahaney's surgery, Dr. Haydel had attended 60-80 prior ACDF surgeries, had participated as a hands-on surgeon in 30-40 of these surgeries, and had operated a Cloward drill in at least 20 of these surgeries, without mishap.

3.      It is undisputed that due to Dr. Haydel's experience with ACDF surgeries, at the time of Mr. Mahaney's surgery Dr. Smith's "working relationship" with Dr. Haydel was to have Dr. Haydel perform the exposure of the vertebrae, removal of osteophytes, dissection of the disc, and drilling using the Cloward drill, while Dr. Smith was absent from the OR.  Dr. Smith would then come to the OR to complete the surgery.

4.      It is undisputed that Dr. Haydel removed osteophytes from the anterior vertebral bodies, used a disc blade to remove disc material from the C5-6 and C6-7 disc spaces, and used the Cloward drill to drill out the C5-6 and C6-7 disc spaces.

5.      It is undisputed that Dr. Haydel drilled out the C5-6 disc space without mishap. However, when he used the Cloward drill at the C6-7 disc space, he pushed disc material and bone back through the dura covering the spinal cord and into the cord, causing a spinal cord contusion that resulted in permanent tetraplegia.

6.      Dr. Smith did not make all decisions concerning the surgical plan, method, techniques, and instrumentation.  Rather, Dr. Haydel independently decided that he had dissected enough of the C6-7 disc material to make it safe to use the Cloward drill to drill out the disc space. He had made that same decision during at least 20 previous surgeries and had made that decision at the C5-6 disc space on this occasion, all without mishap. (Contesting Statement of Undisputed Facts # 7, 9 and 13.)

7.      Dr. Haydel did not execute the initial portion of the ACDF surgery strictly as he had been trained by Dr. Smith. On this occasion, unlike the 20 previous surgeries where he had used the Cloward drill and unlike this surgery at the C5-6 disc space, he failed to adequately remove the C6-7 disc material before using the Cloward drill.  (Contesting Statement of

Undisputed Facts #11.)   In addition, it is unclear whether he set the drill stop to 14 mm. (Contesting Statement of Undisputed Facts #12.)

8.     Dr. Haydel could have done something differently to prevent the spinal cord injury, *i.e.*, he could have and should have adequately removed C6-7 disc material before using the Cloward drill.  (Contesting Statement of Undisputed Facts #14.)

9.     Dr. Haydel's independent negligence caused the spinal cord contusion, which in turned caused Mr. Mahaney's permanent tetraplegia. (Contesting Statement of Undisputed Facts # 7, 9, 11, 13, 14.)

Respectfully Submitted,

By:*/s/ Eugene Brees*
    Eugene W. Brees, II **Pro Hac Vice**
    Texas State Bar No. 02947500
    cbrees@NationalTrialLaw.com
    Michelle M. Cheng **Pro Hac Vice**
    Texas State Bar No. 00796345
    mcheng@NationalTrialLaw.com
    WHITEHURST, HARKNESS, BREES, CHENG,
    ALSAFFAR & HIGGINBOTHAM, PLLC
    7500 Rialto Blvd, Bldg 2, Ste 250
    Austin, Texas 78735
    Tel.    512-476-4346
    Fax     512-476-4400

By:*/s/ Edwin Dunahoe*
    EDWIN DUNAHOE
    Louisiana State Bar No. 5164
    edwin@dunahoelaw.com
    THE DUNAHOE LAW FIRM
    402 2nd Street
    Natchitoches, LA 71457
    Tel: 318-352-1999
    Fax: 318-352-5222

David C. Gibbs III ***Pro Hac Vice***
Texas State Bar No. 24026685
dgibbs@gibbsfirm.com
GIBBS LAW FIRM
2548 FM 407, Ste 240
Bartonville, TX 76226
Tel. 727-362-3700
Fax 727-398-3907
ATTORNEYS FOR THE PLAINTIFFS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | | |
|---|---|---|
| Richard Mahaney and | § | Civil Action No.  5:15-Cv-02710 |
| Suzi Mahaney | § | |
| | § | |
| v. | § | Judge Foote |
| | § | |
| United States of America | § | Magistrate Judge Hayes |

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading has been sent to the following on December 7, 2016

via email:

Jennifer B. Frederick
Assistant US Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Tel:    337-262-6618
Fax:    337-262-6693
Jennifer.frederick@usdoj.gov

Andolyn R. Johnson
Assistant US Attorney
300 Fannin Street, Ste 3201
Shreveport, LA 71101
Tel:    318-676-3610
Fax:    318-676-3642
Andolyn.johnson@usdoj.gov

/s/ Eugene Brees
Eugene W. Brees
Attorney for Plaintiffs